UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| TABITHA EVANS, | - | |
| Plaintiffs, | - | |
| v. | - | PLAINTIFFS' COMPLAINT |
| PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY d/b/a American Education Services (AES), | - | 3:16-cv-82-TCB |
| Defendant. | - | |

**COMPLAINT**

NOW COMES Plaintiffs, TABITHA EVANS ("Plaintiff"), by and through her attorneys, and hereby alleges the following against Defendant, PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY d/b/a American Education Services (AES) ("Defendant"):

**Introduction**

1. Plaintiff's Complaint is based on the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 *et seq*.

**Jurisdiction and Venue**

2. This Court has subject matter jurisdiction of this action pursuant to 47 U.S.C. § 227(b)(3) and 28 U.S.C. § 1331.

3. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2) as the acts giving rise to Plaintiff's cause of action occurred in this district as Plaintiff resides in this district and as Defendant transacts business in this district.

## Parties

4. Plaintiff is a natural person residing in Newnan, Georgia.

5. Defendant is a business entity with headquarters in Pennsylvania.

6. Defendant acted though its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers.

## Factual Allegations

7. Defendant places telephone calls to telephone number ▮▮▮▮▮▮▮▮▮▮, Plaintiff's cellular telephone.

8. These calls were to collect payments on a student loan.

9. These calls are not for emergency purposes.

10. Defendant leaves pre-recorded messages for Plaintiff.

11. Upon information and good faith belief, and in light of the frequency, number, nature, and character of these calls, Defendant placed them by using an automatic telephone dialing system.

12. On or about October 6, 2014, Tabitha Evans instructed Defendant to stop calling her cell phone.

13. Defendant responded to Tabitha Evans that the calls would not stop unless payment was made.

14. Defendant continued to use an automatic telephone dialing system to call Tabitha Evans' cell phone after October 10, 2014.

15. Since October 10, 2014, Defendant called Plaintiff's cell phone at least twenty-four (24) times.

16. Defendant used an automatic telephone dialing system to place these calls.

17. Defendant did not have Plaintiff's prior express consent to place these calls.

18. Defendant placed these calls voluntarily.

19. Defendant placed these calls under its own free will.

20. Defendant had knowledge that it was using an automatic telephone dialing system to place these calls.

21. Defendant had knowledge that it did not have Plaintiff's prior express consent to use an automatic telephone dialing system to place these calls.

22. Defendant willfully used an automatic telephone dialing system to place these calls.

23. Plaintiff is annoyed and feel harassed by Defendant's calls.

## Count I
## Defendant Violated the Telephone Consumer Protection Act

24. Defendant's actions alleged *supra* constitute numerous negligent violations of the TCPA, entitling Plaintiffs to an award of $500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B).

25. Defendant's actions alleged *supra* constitute numerous and multiple knowing and/or willful violates of the TCPA, entitling Plaintiffs to an award of $1500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

WHEREFORE, Plaintiffs requests that judgment be entered against Defendant for the following:

26. Statutory damages of $500.00 for each and every negligent violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(B).

27. Statutory damages of $1500.00 for each and every knowing and/or willful violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(b) and 47 U.S.C. § (b)(3)(C).

28. All court costs, witness fees and other fees incurred.

29. Any other relief that this Honorable Court deems appropriate.

Respectfully submitted this 16th day of May, 2016.

/s/Judith Delus
Judith Delus
**Attorney for Respondent**
Georgia Bar No. 470122
Law Office of Judith Delus, P.A.
315 W. Ponce de Leon Avenue
Suite 1057
Decatur, GA 30030
Telephone: (678) 601-5580
Facsimile: (678) 601-6474
Judith@JudithDeluspa.com